# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **E BEATS MUSIC, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | 5:04-CV-81 (WDO) |
| | : | |
| **ROY L. ANDREWS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Plaintiffs' motion to amend the complaint to add Roy L. Andrews Enterprises, Inc. and Cora Middlebrook as Defendants having been carefully considered, and there being no objection thereto, the same is GRANTED. These Defendants must file Answers to the Amended Complaint within 20 days after the same is served upon them or be held in default. The parties shall have an additional 60 days from the date the Amended Complaint is served to conduct discovery based on the newly-added Defendants.

At Plaintiffs' request, the Motion to Compel and Motion for Discovery are DISMISSED AS MOOT.

**SO ORDERED this 27th day of September, 2005.**

**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**